# 958 CASES REPORTED WITH BRIEF SYLLABI.

Johnson County Savings Bank, Appellant, v. Lewis Kornhauser, Respondent.— Judgment and order of dismissal of the County Court of Westchester county affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam JJ., concurred.

Elizabeth Kayser, Appellant, v. Walter P. Burden, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Edward B. Kinsila, Respondent, v. Lee Shubert, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Edward B. Kinsila, Respondent, v. Lee Shubert and Others, Appellants. — Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Frances Klein, an Infant, by Jacob Klein, Her Guardian ad Litem, Respondent, v. Fleischmann Company, Appellant.— Judgment and order unanimously affirmed, with costs, on the authority of Cowell v. Saperston (149 App. Div. 373; affd., 208 N. Y. 619). Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

John Klein, as Trustee in Bankruptcy, etc., Appellant, v. Samuel Gallin and Others, Defendants, Impleaded with Louis Grossman and Harry Goldfisch, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ., concurred.

John Klein, as Trustee in Bankruptcy, etc., Respondent, v. Tobias Krakower and Others, Appellants, and Samuel Gallin, Defendant.— It is found that Gallin did receive and keep $1,500 upon the sale of the property in question, and that Krakower did not advance for Gallin $2,000 on the property in question, which Gallin repaid. Finding of fact 71, so far as it relates to the $1,500 check, reversed. Finding 72, so far as it finds otherwise, and finding 2, under conclusions of law, are reversed. It is found that Gallin contributed to the partnership $5,600, and not more. Findings and judgment modified accordingly, and as modified, judgment and order affirmed, without costs. Jenks, P. J., Thomas, Carr, Rich and Stapleton, JJ., concurred. Order to settled before Mr. Justice Thomas.

Abraham Lebovsky, an Infant, by Samuel Lebovsky, His Guardian ad Litem, Appellant, v. The Board of Education of the City of New York, and John J. Kenny, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Lottie Loew, Appellant, v. Charles A. McInerney, Respondent.— We think the allowance to the receiver should be reduced to twenty-five dollars for his personal services, exclusive of the agent's services, and to the sum of twenty-five dollars for compensation to his attorneys. The order of the County Court of Kings county is, therefore, reversed, with ten dollars costs and disbursements, and the matter remitted to said court to proceed to a final order in accordance with the views here expressed. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Rebecca McClintock, Plaintiff, v. The City of New York, Defendant.— Plaintiff's exceptions unanimously overruled, and complaint dismissed,